UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
*Green et al. v. Boehringer Ingelheim Pharm. Inc. et al.*, 9:22-cv-80291-RLR
*Green et al. v. Sanofi-Aventis U.S. LLC et al.*, 9:22-cv-80271-RLR
*Smith et al. v. Pfizer Inc.*, 9:22-cv-80288-RLR
*Smith et al. v. GlaxoSmithKline LLC, et al.*, 9:22-cv-80539-RLR

**JOINT NOTICE OF CONDITIONAL CROSS-APPEAL**

Pursuant to FED. R. APP. P. 4(a)(3), Defendants Boehringer Ingelheim Pharmaceuticals, Inc., GlaxoSmithKline LLC, Pfizer Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Chattem, Inc., and Patheon Manufacturing Services LLC (collectively "Brand Defendants-Cross Appellants"), through their undersigned counsel, hereby file this Joint Notice of Conditional Cross-Appeal from the Court's July 26, 2023 Order Entering Final Judgment in all Medical Monitoring Class Action Cases and Dismissing All Economic Loss Class Action Cases for Lack of Standing (Dkt. 6795), and all prior adverse orders merged therein, including but not limited to:

- The Court's June 30, 2021 Order Granting in Part and Denying in Part the Branded Defendants' Rule 12 Partial Motion to Dismiss Plaintiffs' Three Master Complaints as Preempted by Federal Law (Dkt. 3715);

- The Court's June 30, 2021 Order Granting in Part and Denying in Part the Defendants' Omnibus Motion to Dismiss and/or Strike Consolidated Medical Monitoring Class

1

Action Complaint and Consolidated Amended Consumer Economic Loss Class Action Complaint (Dkt. 3720); and

- The Court's October 6, 2021 Order Denying the Brand OTC Defendants' Rule 12 Partial Motion to Dismiss Plaintiffs' Second Amended Economic Loss Complaint as Preempted by Federal Law (Dkt. 4487).

Brand Defendants-Cross Appellants seek review of these orders only if the Eleventh Circuit reverses or modifies the district court's decision to dismiss these actions for lack of Article III standing.

Dated: September 5, 2023

Respectfully submitted,

By: */s/ Andrew T. Bayman*
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*


*/s/ Anand Agneshwar*
Anand Agneshwar
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

2

Daniel S. Pariser
Paige H. Sharpe
601 Massachusetts Avenue, NW
Washington, DC  20001
Tel: (202) 942-5000
Fax: (202) 942-5999
daniel.pariser@arnoldporter.com
paige.sharpe@arnoldporter.com

Loren Brown
**DLA PIPER LLP**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 884-8543
loren.brown@us.dlapiper.com

Ilana H. Eisenstein
Rachel A.H. Horton
Gregory J. Ferroni
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
ilana.eisenstein@us.dlapiper.com
rachel.horton@us.dlapiper.com
gregory.ferroni@us.dlapiper.com

Matthew A. Holian
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: (617) 406-6009
Fax: (617) 406-6109
matt.holian@us.dlapiper.com

*Attorneys for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/ Mark Cheffo*
Mark Cheffo
Judy Leone
Will Sachse
Lindsey Cohan
**DECHERT LLP**
Three Bryant Park

3

1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com
judy.leone@dechert.com
will.sachse@dechert.com
lindsey.cohan@dechert.com

*Attorneys for GlaxoSmithKline LLC*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
M. Elaine Horn
Jessica B. Rydstrom
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
ehorn@wc.com
jrydstrom@wc.com

*Attorneys for Defendant Pfizer Inc.*

*/s/ Christopher R. Carton*
Christopher R. Carton, Esq.
**BOWMAN AND BROOKE LLP**
317 George Street, Suite 320
New Brunswick, NJ 08901
Tel: (201) 577-5175
christopher.carton@bowmanandbrooke.com

John D. Garrett, Esq.
2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Tel: (512) 874-3832
john.garrett@bowmanandbrooke.com

*Attorneys for Defendant Patheon Manufacturing Services LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2023, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Andrew T. Bayman*
Andrew T. Bayman